Judge Timothy W. Dore
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. 14-13957 |
| IVANKA TRIPIC, | *EX PARTE* APPLICATION FOR ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE SCHEDULES, STATEMENTS, OR LISTS |
| Debtor. | |

The United States Trustee, pursuant to Local Bankruptcy Rule 1017-1(b), applies *ex parte* for an order dismissing this case.

The Court file reflects that the debtor(s) received prior notice that the United States Trustee may file an *ex parte* motion to dismiss this case if they failed to file timely schedules, statements or lists. The applicable deadline or extension date has passed, and the required schedules, statements and/or lists have not been filed. Under the circumstances, dismissal of this case is warranted.

Based on the foregoing, the United States Trustee requests entry of an order dismissing this case.

DATED this 13th day of June, 2014.

Respectfully submitted,

GAIL BREHM GEIGER
Acting U.S. Trustee for Region 18

*/s/ Martin L. Smith*
Martin L. Smith, WSBA #24861
Attorney for United States Trustee

*Ex Parte* APPLICATION FOR ORDER DISMISSING CASE
FOR FAILURE TO TIMELY FILE SCHEDULES,
STATEMENTS, OR LISTS - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)